| AO 10
Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 2012 | Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)
Lloyd, Howard R. | 2. Court or Organization
Northern District California | 3. Date of Report
05/08/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)
Magistrate Judge | 5a. Report Type (check appropriate type)
☐ Nomination        Date
☐ Initial   ✔ Annual   ☐ Final
5b. ☐ Amended Report | 6. Reporting Period
01/1/2012
to
12/31/2012 |
| 7. Chambers or Office Address
280 S. First St.
San Jose CA 95113 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Lecturer, Santa Clara Law School | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital Housing REIT | A | Interest | K | W | | | | | |
| 2. Bank of the West # 1 checking | | None | J | T | | | | | |
| 3. Bank of the West # 2 checking | | None | J | T | | | | | |
| 4. Trust # 1: (H) | | | | | | | | | |
| 5. - Dodge & Cox Balanced # 1 | B | Dividend | L | T | | | | | |
| 6. - Vanguard CA T/F M/M # 1 | A | Dividend | K | T | | | | | |
| 7. - Manager's Special Equity | | None | K | T | | | | | |
| 8. - American Century CA T/F Bond | C | Dividend | | | Sold | 03/07/12 | L | B | |
| 9. - Dodge & Cox Balanced # 2 | D | Dividend | N | T | | | | | |
| 10. - Longleaf Partners | B | Dividend | M | T | | | | | |
| 11. - Oakmark International | C | Dividend | M | T | Sold (part) | 12/13/12 | J | | |
| 12. - Schwab 1000 Index | | None | | | Sold | 12/12/12 | M | F | |
| 13. - Vanguard CA T/F M/M # 2 | A | Dividend | K | T | | | | | |
| 14. - Vanguard 500 Index # 1 | D | Dividend | N | T | | | | | |
| 15. - Tweedy Brown Value | A | Dividend | L | T | | | | | |
| 16. - Vanguard Total Stock. Index | D | Dividend | N | T | | | | | |
| 17. - Vanguard 500 Index # 2 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Vanguard CA Intermed. T/F Bond # 1 | A | Dividend | K | T | Buy (add'l) | 9/21/12 | J | | |
| 19. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 20. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 21.  - Vanguard Total Intn'l. Stock | D | Dividend | N | T | | | | | |
| 22.  -Vanguard CA Intermed T/F Bond # 2 (X) | C | Dividend | M | T | Buy | 2/6/12 | J | | |
| 23. | | | | | Buy (add'l) | 2/13/12 | J | | |
| 24. | | | | | Buy (add'l) | 3/19/12 | L | | |
| 25. | | | | | Buy (add'l) | 3/23/12 | J | | |
| 26. | | | | | Buy (add'l) | 6/22/12 | J | | |
| 27. | | | | | Buy (add'l) | 9/21/12 | J | | |
| 28. | | | | | Buy (add'l) | 11/21/12 | K | | |
| 29. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 30. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 31. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 32.  - Brokerage Account: W. Hummer: (H) | | | | | | | | | |
| 33.  - HinsdaleBank M/M Sweep | A | Interest | K | T | | | | | |
| 34.  - A T & T | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Adams Express | A | Dividend | J | T | | | | | |
| 36.  - America Movil (former AMX) | A | Dividend | J | T | | | | | |
| 37.  - Archer Daniels | A | Dividend | J | T | | | | | |
| 38.  - Auto Desk | | None | J | T | | | | | |
| 39.  - Boeing | A | Dividend | J | T | | | | | |
| 40.  - Bristol Meyers | A | Dividend | J | T | | | | | |
| 41.  - Centerpoint | A | Dividend | J | T | | | | | |
| 42.  - Chevron | B | Dividend | L | T | | | | | |
| 43.  - Colgate | A | Dividend | J | T | | | | | |
| 44.  - Costco | A | Dividend | J | T | | | | | |
| 45.  - Dean Foods | | None | J | T | | | | | |
| 46.  -DeMaster Blenders (X) | | None | J | T | Spinoff (from line 64) | 6/28/12 | J | | |
| 47.  - Dupont | A | Dividend | J | T | | | | | |
| 48.  - Ennis | A | Dividend | J | T | | | | | |
| 49.  - Exxon | A | Dividend | K | T | | | | | |
| 50.  -Newell Rubber | A | Dividend | J | T | | | | | |
| 51.  - General Electric | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Genuine Parts | A | Dividend | J | T | | | | | |
| 53. - Glaxo | A | Dividend | J | T | | | | | |
| 54. - Hanesbrands | | None | J | T | | | | | |
| 55. - IBM | A | Dividend | K | T | | | | | |
| 56. - Integrys Energy | A | Dividend | J | T | | | | | |
| 57. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 58. - Manteca CA bonds | A | Interest | J | T | | | | | |
| 59. - Medtronic | A | Dividend | J | T | | | | | |
| 60. - Pall | A | Dividend | K | T | Sold (part) | 1/24/12 | J | D | |
| 61. - Pepco Holdings | A | Dividend | J | T | | | | | |
| 62. - Pepsico | A | Dividend | J | T | | | | | |
| 63. - Pfizer | A | Dividend | J | T | | | | | |
| 64. -Hillshire (fna Sara Lee) | A | Dividend | J | T | | | | | |
| 65. - Telephonos Mexico | | None | | | Sold | 1/23/12 | J | A | |
| 66. - TriContinental | A | Dividend | J | T | | | | | |
| 67. - Veriphone | | None | J | T | | | | | |
| 68. - Verizon | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vodaphone | A | Dividend | J | T | | | | | |
| 70. - Wisconsin Energy | A | Dividend | J | T | | | | | |
| 71. - Treehouse | | None | J | T | | | | | |
| 72. - Xcel Energy | A | Dividend | K | T | | | | | |
| 73. - Zimmer Holdings | A | Dividend | J | T | | | | | |
| 74. -3M Co. | A | Dividend | J | T | | | | | |
| 75. -Cerritos CA Bond | A | Interest | J | T | Buy | 3/15/12 | J | | |
| 76. Vanguard IRAs: (H) | | | | | | | | | |
| 77. - Total Stock Index | D | Dividend | N | T | Sold (part) | 3/15/12 | K | | |
| 78. | | | | | Sold (part) | 6/15/12 | K | | |
| 79. | | | | | Sold (part) | 9/15/12 | K | | |
| 80. | | | | | Sold (part) | 12/15/12 | K | | |
| 81. - Total Bond Index # 1 | F | Dividend | P1 | T | Sold (part) | 3/15/12 | J | | |
| 82. | | | | | Sold (part) | 6/15/12 | J | | |
| 83. | | | | | Sold (part) | 9/15/12 | J | | |
| 84. | | | | | Sold (part) | 12/15/12 | J | | |
| 85. - Primecap | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - U.S. Value | B | Dividend | L | T | | | | | |
| 87. - Extended Market Index | D | Dividend | O | T | | | | | |
| 88. - Total Bond Index # 2 | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 46 and 64.  Sara Lee spun off subsidiary which became DeMaster Blenders.  Sara Lee then changed its name to Hillshire Brands.

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howard R. Lloyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544